UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-61371-CIV-ZLOCH

VINNETTE A. HUTSON,

    Plaintiff,

vs.                            **FINAL ORDER OF DISMISSAL**

LEADING EDGE RECOVERY SOLUTIONS,
LLC.,

    Defendant.
_____/

    THIS MATTER is before the Court upon Plaintiff Vinnette A. Hutson's Notice Of Voluntary Dismissal With Prejudice (DE 3). The Court has carefully reviewed said Notice and the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. Plaintiff Vinnette A. Hutson's Notice Of Voluntary Dismissal With Prejudice (DE 3) be and the same is hereby approved, adopted and ratified by the Court; and

    2. The above-styled cause be and the same is hereby **DISMISSED** with prejudice.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 26th day of October, 2009.

*/s/ William J. Zloch*

WILLIAM J. ZLOCH
United States District Judge

Copies furnished:
All Counsel of Record